USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 3/4/06 DS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREN GARLAND,

          Plaintiff,

- against -

MARRIOTT INTERNATIONAL, INC.,

          Defendant.

OPINION AND ORDER

04 Civ. 7362 (RLE)

**RONALD L. ELLIS, United States Magistrate Judge:**

    **IT IS HEREBY ORDERED** that by April 7, 2006, the parties shall submit a Joint Final Pretrial Order.

**SO ORDERED this 3rd day of March 2006**
New York, New York

_____
The Honorable Ronald L. Ellis
United States Magistrate Judge